**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| **RAMON VARGAS,** § | |
| a/k/a **RAMOS VARGAS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 1:16-CV-00059 |
| § | |
| **STANDARD GUARANTY INSURANCE** § | |
| **COMPANY,** § | |
| § | |
| **Defendant**. § | |

**JOINT STIPULATION OF DISMISSAL**

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ramon Vargas a/k/a Ramos Vargas and Defendant Standard Guaranty Insurance Company hereby dismiss with prejudice all claims and counterclaims asserted in this lawsuit. Each party shall bear its own fees and costs.

Respectfully submitted,

EDISON, MCDOWELL & HETHERINGTON LLP

By: /s/ *Bradley J. Aiken*
        Bradley J. Aiken
        State Bar No. 24059361
        Federal Bar No. 975212
First City Tower
1001 Fannin Street
Suite 2700
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
Brad.Aiken@emhllp.com

*Attorney-in-Charge for Defendant Standard Guaranty Insurance Company*

V. GONZALEZ & ASSOCIATES, P.C.

By: /s/ *Surya Mangi*
    Surya Mangi
    State Bar No.: 24078912
121 North 10th St.
McAllen, Texas 78501
Tel: 956-630-0383
Fax: 956-630-0383
Surya@vgonzalezlaw.com

*Attorney for Plaintiff*

THE FERRARO LAW FIRM

By: /s/ *Peter Ferraro*
    Peter E. Ferraro
    State Bar No.: 06934600
    Federal ID: 9829
1011 W. 10th St.
Austin, Texas 78703
Tel: 512-474-7742
Fax: 512-474-8106
ferrarolaw@mac.com

*Attorney for Plaintiff*

-3-

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was served on all parties through their counsel of record via certified mail on October 28, 2016.

Surya Mangi
121 North 10th St.
McAllen, Texas 78501
Surya@vgonzalezlaw.com
Tel: 956-630-0383
Fax: 956-630-0383

Peter E. Ferraro
1011 W. 10th St.
Austin, Texas 78703
Tel: 512-474-7742
Fax: 512-474-8106
ferrarolaw@mac.com

                                                */s/ Bradley J. Aiken*
                                                Bradley J. Aiken